

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

UNITED STATES OF AMERICA

v.        CRIMINAL NO. 2:22-cr-167
          21 U.S.C. § 843(a)(3)
          18 U.S.C. § 2

BRIAN GULLETT, D.O.

## I N F O R M A T I O N

The United States Attorney Charges:

1. At all relevant times, defendant BRIAN GULLETT, D.O., was a licensed physician who held a West Virginia medical license. Defendant BRIAN GULLETT, D.O., was authorized to prescribe controlled substances for a legitimate medical purpose in the usual course of professional medical practice and within the bounds of medical practice.

2. Defendant BRIAN GULLETT, D.O., worked as a physician for HOPE Clinic in Charleston, Kanawha County, West Virginia, from in or about December 2012 through May 2014.

3. On or about March 13, 2013, at or near South Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, a person known to the United States Attorney, aided and abetted by defendant BRIAN GULLETT, D.O., knowingly and

intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2.

                          UNITED STATES OF AMERICA

                          WILLIAM S. THOMPSON
                          United States Attorney

By: _____
     MONICA D. COLEMAN
     Assistant United States Attorney