UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:22-cr-167

BRIAN GULLETT, D.O.

## WRITTEN PLEA OF GUILTY

In the presence of Harry A. Smith, III, my counsel, who has fully explained the charges contained in the Information against me and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charges contained in Count One of the Information.

DATE: 9/8/22

DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT

*FILED SEP - 8 2022 RORY L. PERRY II, CLERK, U.S. District Court, Southern District of West Virginia*